## GUTHRIE V. GUTHRIE.

### *Equity.*

(Decided June 13, 1907.)

APPEAL from Cullman Chancery Court.

Heard before Hon. W. H. SIMPSON.

M. F. PARKER, and T. M. BRINDLEY, for appellant.

F. E. ST. JOHN, for appellee.

Per curiam.—Dismissed for want of brief for appellant.

---

## HAYMAN V. THE STATE.

### *Crime.*

(Decided July 2, 1907.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by HARALSON, J.

Affirmed.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.

---

## HOWISON V. BARTLETT, ET AL.

### *Specific Performance.*

(Decided June 6, 1907.)

APPEAL from Bibb Chancery Court.

Heard before Hon. THOMAS H. SMITH.

PETTUS, JEFFRIES & PETTUS, for appellant.

J. F. THOMPSON, for appellee.

Opinion by TYSON, C. J.

Affirmed.

DOWDELL, ANDERSON and MCCLELLAN, JJ., concur.